Argued June 10, 1975. *Stephen A. Cozen,* with him *Francis E. Marshall,* and *Orlofsky, Cozen & Begier,* and *Marshall, Dennehey & Warner,* for appellants; *Theodore W. Flowers,* with him *Francis P . Devine, III,* and *White and Williams,* for appellee.

Judgment affirmed.

## Laurel Equipment Company, Appellant, *v.* Rig & Crane Equipment Rental, Inc., et al.

opinion by TREDINNICK, J. Argued June 10, 1975. *Arthur F. Loeben, Jr.,* with him *Wells, Campbell, Wells & Loeben,* for appellant; *Lester J. Schaffer,* with him *Blank, Rome, Klaus & Comisky,* for appellee.

Order affirmed.

## Lawrence C. Knaefler, Inc. *v.* Bischoff, et ux., Appellants.

Argued June 16, 1975. *Bruce K. Doman,* with him *Mark B. Weber,* and *Weber and Abarbanel,* for appellants; *Robert A. Lechowicz,* with him *John J. Rufe,* for appellee.

Judgment affirmed.

## Lawson *v.* Insurance Company of North America, Appellant.

order by HIRSH, J. Argued June 12, 1975. *Joseph H. Foster,* with him *Robert R. Reeder,* and *White and Williams,* for appellant; *Harris J. Sklar,* with him *Arthur Rosenbaum,* and *Gross and Sklar,* for appellee.

Judgment affirmed.